No. 77–747. ALLIED STRUCTURAL STEEL CO. *v.* SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL., 438 U. S. 234. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 77–955. POWELL, CHIEF, U. S. CAPITOL POLICE *v.* DELLUMS ET AL.; and

No. 77–1129. WILSON, FORMER CHIEF, METROPOLITAN POLICE DEPARTMENT, ET AL. *v.* DELLUMS ET AL., 438 U. S. 916. Petition for rehearing denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.